# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0016
Lower Tribunal No. 2016-CF-005268

_____

JOSEPH GEORGE HEID, IV,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

April 24, 2026

PER CURIAM.

We affirm the postconviction court's denial of Appellant's postconviction motion in its entirety, without prejudice to the postconviction court addressing, pursuant to Florida Rule of Criminal Procedure 3.850, Appellant's pending postconviction motion regarding Appellant's alleged newly discovered video-evidence claim.

AFFIRMED.

TRAVER, C.J., and KAMOUTSAS and PRATT, JJ., concur.

Roderick Ford, of The Methodist Law Centre, Gainesville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams and Rebecca Rock McGuigan, Assistant Attorneys General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED